IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01194-REB-MEH

SOON HONG,

    Plaintiff,
v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation;

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 23, 2008.**

Upon notice of the settlement of this matter, Plaintiff's "Joint" [unopposed] Motion to Vacate Settlement Conference [filed July 21, 2008; docket #51] is **granted**. The Settlement Conference currently scheduled for August 6, 2008 is hereby **vacated**. The parties shall file dismissal papers with the Court **on or before August 1, 2008**.