IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-01194-REB-MEH

SOON HONG,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter has come before the court on the **Stipulation For Dismissal With Prejudice** [#55] filed August 6, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal With Prejudice** [#55] filed August 6, 2008, is **APPROVED**;

    2. That the Trial Preparation Conference set for September 12, 2008, is **VACATED**;

    3. That the jury trial set to commence September 29, 2008, is **VACATED**;

    4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 7, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**